DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEANDRE LAMON BELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-218

[November 19, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sherri Collins, Judge; L.T. Case No. 50-2017-CF-005009-AXXX-MB.

Thomas J. Butler, Esq. of Thomas Butler, P.A., Miami, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Matthew Steven Ocksrider, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***